[No. 13950-6-III.   Division Three.   December 12, 1995.]
THE STATE OF WASHINGTON, *Respondent*, v. AARON E.
TSOSIE, *Appellant*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 93-1-00400-9, Yancey Reser, J., entered
March 21, 1994. *Affirmed* by unpublished opinion per
Thompson, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 14049-1-III.   Division Three.   December 12, 1995.]
*In the Matter of the Marriage of* KELLY D. PLEYO,
*Appellant, and* ROBERT A. PLEYO, *Respondent.*

Appeal from a judgment of the Superior Court for Frank-
lin County, No. 91-3-50113-7, Duane E. Taber, J., entered
April 18, 1994. *Affirmed* by unpublished opinion per Sweeney,
A.C.J., concurred in by Munson and Schultheis, JJ.

[No. 14196-9-III.   Division Three.   December 12, 1995.]
MARJORIE M. MCALLISTER, *as Personal
Representative, Appellant*, v. GARY LLOYD SPATH,
*Respondent.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 93-2-00098-8, Donald W. Schacht, J.,
entered June 27, 1994. *Affirmed* by unpublished opinion per
Thompson, C.J., concurred in by Sweeney and Schultheis,
JJ.

[No. 14344-9-III.   Division Three.   December 12, 1995.]
THE STATE OF WASHINGTON, *Respondent*, v. BRIAN
SCOTT BASS, *Appellant.*

Appeal from a judgment of the Superior Court for Benton
County, No. 94-1-00125-0, Duane E. Taber, J., entered
September 19, 1994. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Thompson, C.J., and Sweeney, J.